Jimmy MONROE, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 22, 1974.

Anthony M. Wilhoit, Public Defender, Timothy T. Riddell, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Robert William Hensley, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

William Baker BRAZELTON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 22, 1974.

Anthony M. Wilhoit, Public Defender, Paul Isaacs, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

John WILSON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 22, 1974.

Anthony M. Wilhoit, Public Defender, Paul F. Isaacs, Asst. Public Defender, Frankfort, for appellant.

Ed Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

Roger Dale MALICOAT, Appellant,

v.

Henry E. COWAN, Supt., etc., Appellee.

Court of Appeals of Kentucky.

Nov. 22, 1974.

Roger Dale Malicoat, pro se.

Ed W. Hancock, Atty. Gen., Carl T. Miller, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.